UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Olan Brantley,

        Plaintiff,

v.

Christopher Nickrenz,

        Defendant.

Case No. 16-cv-746 (SRN/FLN)

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 11, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss [Doc. No. 32] is **DENIED**.

DATED: November 2, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge